**Order entered June 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01385-CV

### ANTHONY LEEARTIS HALL, Appellant

### V.

### OBINNA CHINEMEREM NJOKU, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-09-02988-B**

## ORDER

We **GRANT** appellee's June 2, 2014 motion for extension of time to file brief and **ORDER** the brief be filed no later than July 7, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE